**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-321-MR-DCK**

| | | |
|---|---|---|
| **DELTA WALSH, individually and on behalf of her minor children, R.M., R.W., W.W., and R.K.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **ORDER** |
| **DEWAIN M. MACKEY,** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendants' "Motion To Dismiss" (Document No. 15). A response to the pending motion was due on or before April 9, 2012, and has not yet been filed.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint. Under the circumstances, the Court will allow Plaintiff a brief extension of time to file her response.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a response to the pending "Motion To Dismiss" (Document No. 15) on or before **April 20, 2011**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

The Clerk of Court is directed to deliver a copy of this Order to Plaintiff by certified U.S. Mail.

Signed: April 10, 2012

David C. Keesler
United States Magistrate Judge