IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-321-MR-DCK

| | |
|---|---|
| DELTA WALSH, individually and on behalf of her minor children, R.M., R.W., W.W., and R.K., <br><br>Plaintiffs, <br><br>v. <br><br>DEWAIN M. MACKEY, *et al.*, <br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendants' "Motion To Dismiss" (Document No. 15) filed March 23, 2012. "Plaintiffs' Motion In Opposition To Defendant's Motion To Dismiss" (Document No. 26) was filed on April 20, 2012. Defendants have failed to file a reply brief, or notice of intent not to file a reply, pursuant to Local Rule 7.1(E).

Under these circumstances, the Court will require Defendants to file a reply brief in support of their "Motion To Dismiss" (Document No. 15) addressing Plaintiffs' arguments in the response, including the contention that Defendants "have failed to file a responsive pleading as to their individual and/or private capacities." (Document No. 26, p.1).

**IT IS, THEREFORE, ORDERED** that Defendants shall file a reply brief in support of their "Motion To Dismiss" (Document No. 15) on or before **June 11, 2012**.

Signed: May 31, 2012

David C. Keesler
United States Magistrate Judge