# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv321

| | | |
|---|---|---|
| DELTA WALSH, individually and on behalf of her minor children, R.M., R.W., W.W., and R.K., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| DEWAIN M. MACKEY, *et. al.*, | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Judgment by Default [Doc. 48] and the Plaintiffs' Motion to Strike [Doc. 50].

On June 27, 2012, Magistrate Judge David C. Keesler entered a Memorandum and Recommendation in which he recommended that certain motions to dismiss (Doc. 14; Doc. 24) be granted and others (Doc. 46) be denied as moot. [Doc. 49]. The Magistrate Judge also granted the Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. 19) and as a result, denied the Defendants' Motion for a More Definite Statement (Doc. 23). [Id.]. The Magistrate Judge imposed a stay against any further filings in this action, with the exception of Objections to the Memorandum and Recommendation,

pending a ruling by this Court on any such Objections. [Id.].

The Plaintiffs' Motion for Default Judgment is premature and will be denied. The Plaintiffs' Motion to Strike was filed on the same day that the Magistrate Judge entered his Memorandum and Recommendation. It thus appears that the document was filed before the Plaintiffs were aware of the Magistrate Judge's order staying this case. The motion will nonetheless be denied as moot since the motion which the Plaintiffs seek to strike (Doc. 46) has been denied.

The Plaintiffs are hereby placed on notice that they should strictly abide by the terms and conditions of the Magistrate Judge's Order staying this matter. No further filings are to be made by the parties, with the exception of the Objections to the Memorandum and Recommendation, pending the Court's rulings on any such Objections.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Judgment by Default [Doc. 48] and the Plaintiffs' Motion to Strike and Notice of Objection in Opposition to Defendants' Motions to Dismiss [Doc. 50] are hereby **DENIED**.

Signed: July 2, 2012

Martin Reidinger
United States District Judge