# United States District Court
# For The Western District of North Carolina
# Asheville Division

DELTA WALSH,,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv321

DEWAIN MACKEY, et. al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/29/2012 Order.

                                                 FRANK G. JOHNS, CLERK

                                                 Signed: August 29, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court