# United States District Court
# For The Western District of North Carolina
# Asheville Division

DELTA WALSH,,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                           1:11cv321

DEWAIN MACKEY, et. al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/29/2012 Order.

                                         FRANK G. JOHNS, CLERK

                                         Signed: August 29, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court